## THOMAS LAWRENCE BICKNELL v. CAROLINE BICKNELL

14 So. (2nd) 664                                June Term, 1943
August 3, 1943                                     En Banc

B. M. Skelton, for appellant.

C. James McLemore, (Indianapolis, Indiana) for appellee.

PER CURIAM:

On this appeal from a final decree, it appears there was a conflict in the testimony on the controlling issues in the case. Most of the testimony, including that of the parties, was taken before the chancellor in person. He was in a much better position to judge the weight and credibility of the testimony than is this Court. There were also some letters and other written exhibits. The chancellor's conclusions and final decree are supported by the record. It certainly is not made to appear that this decree is clearly erroneous.

Affirmed.

TERRELL, BROWN, CHAPMAN, THOMAS, ADAMS and SEBRING, JJ., concur.

BUFORD, C. J., dissents.

BUFORD, C. J., dissenting:

I cannot agree to the judgment of affirmance in this cause because a perusal of the record convinces me that the plaintiff in the court below (appellant here) clearly established that defendant (appellee here) was guilty of both grounds for divorce as sufficiently charged in the bill of complaint. Therefore, I think the decree should be reversed with directions that decree of divorce be entered.